UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ALPHONSE DE SIMONE, ESQ.
195 US HIGHWAY 46, SUITE 6
TOTOWA, NEW JERSEY 07512
TEL. 973-785-3935
ATTORNEY FOR DEBTOR
ATTY. ID. 015131977

In Re:

KIMBERLY MITCHELL

DEBTOR

Case No.: 19-33681 JKS

Judge: JOHN K. SHERWOOD

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by ____MIDFIRST BANK____, creditor,

    A hearing has been scheduled for ____MAY 28, 2020____, at 10:00 AM.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☒ Payments have been made in the amount of $ ____$7,757.20____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 5/6/2020

/s/ Kimberly Mitchell
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

| To | DeliveryOn | Payment D | Status | DeliverySp | ConfirmationNumber |
|---|---|---|---|---|---|
| Midland Mortgage | 5/5/2020 | | Processed | | Q8KBY-TTJN2 |
| Midland Mortgage | 4/27/2020 | | Processed | | Q6MKJ-SBNWB |
| Midland Mortgage | 4/20/2020 | | Processed | | Q7D8K-DYD15 |
| Midland Mortgage | 3/26/2020 | | Processed | | Q530Q-DF5N5 |
| Midland Mortgage | 2/3/2020 | | Processed | | PZBQL-NP7GN |

| Amount | Fee | TotalPayment | Payment Type | From |
|---|---|---|---|---|
| ($2,586.00) | | ($2,586.00) | Check#5012 | |
| ($2,586.00) | | ($2,586.00) | Check#5009 | |
| ($40.00) | | ($40.00) | PMT | |
| ($1,100.00) | | ($1,100.00) | PMT | |
| ($1,445.20) | | ($1,445.20) | PMT | |

**Scheduled** › **In Process**



**Midland Mortgage**
*0249

**Pay From** ADV PLUS BAN

**Amount** $1,445.20

**Withdraw On** February 5, 202

**Confirmation** PZBQL-NP7GN

Payment Inquiry   Print

**Scheduled** › **In Process**



**Midland Mortgage**
*0249

**Pay From** ADV PLU

**Amount** $1,100.0

**Withdraw On** March 3

**Confirmation** Q53OQ-[

Payment Inquiry   Print

4

**Alphonse De Simone**

**From:** KIMBERLY MITCHELL <mkym2547@aol.com>
**Sent:** Tuesday, May 5, 2020 2:48 PM
**To:** Alphonse De Simone
**Subject:** Payments

Begin forwarded message:

**From:** "KIMBERLY MITCHELL" <kimberly.mitchell@lge.com>
**Subject: Payment**
**Date:** May 5, 2020 at 2:44:35 PM EDT
**To:** mkym2547@aol.com
**Reply-To:** "KIMBERLY MITCHELL" <kimberly.mitchell@lge.com>

| Scheduled | | In Process |



Midland Mortgage
*0249

Pay From  ADV PLUS

Amount  $40.00

Withdraw On  April 20, 20

Note  short paid

Confirmation  Q7D8K-DYL

Payment Inquiry    Print

1

**Scheduled** > **In Process**

**Midland Mortgage**
*0249

Check 5009 was mailed to Midland Mortgag
withdrawn, before, on, or after April 27, 202

**Pay From** ADV PLUS B.

**Amount** $2,586.00

**Confirmation** Q6MKJ-SBNV

Payment Inquiry   Print

2

## Payment Details



 Midland Mortgage *0249

Check 5012 was mailed to Midland Mortgage for receipt cashed, and the money withdrawn, before, on, or after M

**Pay From** ADV PLUS BANKING *7887

**Amount** $2,586.00

**Note** payment

**Confirmation** Q8KBY-TTJN2

Payment Inquiry    Print

Begin forwarded message:

**From:** "KIMBERLY MITCHELL" <kimberly.mitchell@lge.com>
**Subject: FEB and March**
**Date:** May 5, 2020 at 2:39:45 PM EDT
**To:** mkym2547@aol.com
**Reply-To:** "KIMBERLY MITCHELL" <kimberly.mitchell@lge.com>

3