Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

      Case No.: 19−33681−JKS
      Chapter: 13
      Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kimberly Mitchell
   30 Carrington Place
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−1052

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/29/21.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 29, 2021
JAN: zlh

                                                 Jeanne Naughton
                                                 Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Kimberly Mitchell  
    Debtor

Case No. 19-33681-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 29, 2021      Form ID: 148      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly Mitchell, 30 Carrington Place, Clifton, NJ 07013-2659 |
| 518631745 | + | ADT Security Services, PO Box 371967, Pittsburgh, PA 15250-7967 |
| 518631746 | + | ADT Security Services, Inc., PO Box 96175, Las Vegas, NV 89193-6175 |
| 518705474 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518744490 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518744491 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798 FRANKFORT KY 40602-0798 |
| 518744143 | + | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518631760 | + | MidFirst Bank, PO Box26648, Oklahoma City, OK 73126-0648 |
| 518631761 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518631762 | + | National Credit Mgmt, Attn: Bankruptcy, Po Box 32900, Saint Louis, MO 63132-8900 |
| 518631766 | + | New York University Dental School, 345 1st Avenue, New York, NY 10010-5611 |
| 518631768 | | Public Service Electric & Gas, PO Box 14104, New Brunswick, NJ 08906 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2021 21:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2021 21:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518631747 | + | Email/Text: backoffice@affirm.com | Jan 29 2021 21:56:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 518706198 | | EDI: GMACFS.COM | Jan 30 2021 02:08:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518631748 | + | EDI: GMACFS.COM | Jan 30 2021 02:08:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 518631749 | + | EDI: PHINAMERI.COM | Jan 30 2021 02:13:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518730461 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2021 22:03:14 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518631750 | + | EDI: BANKAMER.COM | Jan 30 2021 02:08:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518631751 | + | EDI: TSYS2.COM | Jan 30 2021 02:13:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518631752 | + | EDI: CAPITALONE.COM | Jan 30 2021 02:13:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518631753 | + | EDI: CAPONEAUTO.COM | Jan 30 2021 02:13:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518659013 | + | EDI: AIS.COM | | |

Case 19-33681-JKS  Doc 35  Filed 01/31/21  Entered 02/01/21 00:21:00  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2021 | Form ID: 148 | Total Noticed: 46 |

| | | | |
|---|---|---|---|
| | | Jan 30 2021 02:13:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518631756 | + EDI: WFNNB.COM | Jan 30 2021 02:13:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518631757 | + EDI: WFNNB.COM | Jan 30 2021 02:13:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518631758 | + EDI: WFNNB.COM | Jan 30 2021 02:13:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518631755 | + EDI: WFNNB.COM | Jan 30 2021 02:13:00 | Comenity bank/J Crew, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518631759 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 29 2021 22:03:08 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518724361 | EDI: JEFFERSONCAP.COM | Jan 30 2021 02:13:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518631754 | EDI: JPMORGANCHASE | Jan 30 2021 02:08:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518730220 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2021 22:03:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518744143 | + EDI: AISMIDFIRST | Jan 30 2021 02:08:00 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518631760 | + EDI: AISMIDFIRST | Jan 30 2021 02:08:00 | MidFirst Bank, PO Box26648, Oklahoma City, OK 73126-0648 |
| 518631763 | + EDI: NAVIENTFKASMSERV.COM | Jan 30 2021 02:13:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518650208 | + EDI: NAVIENTFKASMSERV.COM | Jan 30 2021 02:13:00 | Navient Solutions, LLC, 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 518650202 | + Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jan 29 2021 21:52:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO BOX 8961, Madison, WI 53708-8961 |
| 518631765 | + EDI: NAVIENTFKASMSERV.COM | Jan 30 2021 02:13:00 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518631767 | + Email/Text: bcwrtoff@cablevision.com | Jan 29 2021 21:55:00 | Optimum, 99 Hawley Lane, Stratford, CT 06614-1202 |
| 518695516 | EDI: PRA.COM | Jan 30 2021 02:13:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518725042 | EDI: Q3G.COM | Jan 30 2021 02:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518725041 | EDI: Q3G.COM | Jan 30 2021 02:13:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518631769 | + EDI: RMSC.COM | Jan 30 2021 02:08:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518732805 | + EDI: RMSC.COM | Jan 30 2021 02:08:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518633817 | + EDI: RMSC.COM | Jan 30 2021 02:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518631770 | + EDI: RMSC.COM | Jan 30 2021 02:08:00 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518631771 | + EDI: RMSC.COM | Jan 30 2021 02:08:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |

Case 19-33681-JKS    Doc 35    Filed 01/31/21    Entered 02/01/21 00:21:00    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2021 | Form ID: 148 | Total Noticed: 46 |

| 518631772 | + EDI: WTRRNBANK.COM | Jan 30 2021 02:13:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518631764 | | Navient Solutions Inc |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518744497 | * | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518744496 | * | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alphonse DeSimone | on behalf of Debtor Kimberly Mitchell AlphonseD@comcast.net  r46452@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4