Kimberly Mitchell
30 Carrington Place
Clifton, NJ 07013
mkym2547@aol.com
973-951-4309

June 19, 2025

United States Bankruptcy Court
District of New Jersey – Newark Division
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

To the Clerk of the Court:

Please find enclosed my Motion to Seal and Remove Public Access to certain documents associated with my dismissed Chapter 13 case (Case No. 19-33681) and current active case (Case No. 21-11650). This request is made pursuant to D.N.J. LBR 9018-1 due to serious privacy and safety concerns, including recent incidents involving online misuse of personal information.

I am submitting this request as a pro se debtor and respectfully ask that it be forwarded to the presiding Judge for consideration. Should a hearing be required, I am available and willing to appear as needed.

Thank you for your time and assistance in this matter.

Sincerely,

Kimberly Mitchell

*(signature)*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

In Re: Kimberly Mitchell

Case No. 21-11650 (and Dismissed Case No. 19-33681)

Chapter 13

Motion to Seal and Remove Public Access

To the Honorable Judge of the United States Bankruptcy Court:

NOW COMES the Debtor, Kimberly Mitchell, respectfully requesting this Court to seal and restrict public access to docket entries and documents associated with the dismissed bankruptcy case number 19-33681 and/or current case number 21-11650, insofar as they are being misused online and causing significant personal harm. This motion is brought under D.N.J. LBR 9018-1 and the Court's general authority to seal records in appropriate circumstances.

Grounds for this motion include the publication of full name, home address, and sensitive financial information on third-party websites that are accessible via simple online search queries, in violation of privacy and safety. The debtor has experienced stalking and has reason to believe this information is being weaponized to threaten or intimidate.

The dismissed case (19-33681) is no longer relevant, and the current active case (21-11650) is being managed in good faith. The debtor resides at 30 Carrington Place, Clifton NJ 07013, and respectfully requests the sealing of specific docket entries and related documents, or other relief the Court deems appropriate.

Respectfully submitted,


Kimberly Mitchell

30 Carrington Place

Clifton, NJ 07013

Email: mkym2547@aol.com

Phone: 973-951-4309

